**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00180-REB-KLM

JUAN ZAVALA,

      Plaintiff,

v.

RANDY DAVIS, ADX, Warden,
HARLEY LAPPIN, F.B.O.P. Director, and
TODD MANSPEAKER, Correctional Officer,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the request from pro se plaintiff to dismiss his case without prejudice, which I construe at a **Notice of Voluntary Dismissal** [#38] filed October 4, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal** [#38] filed October 4, 2010, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

    3.  That this action is **DISMISSED WITHOUT PREJUDICE**.

      Dated October 4, 2010, at Denver, Colorado.

                        **BY THE COURT:**

                        Robert E. Blackburn
                        United States District Judge